*Judge McMahon*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**'08 CIV 3715**

-------------------------------------------------------x

MINERMET S.A.,

                Plaintiff,              08 CV

-v-

                                          STATEMENT PURSUANT
                                          TO F.R.C.P.7.1

P.T. PALM MITRA MANDIRI,

                Defendant.

-------------------------------------------------------x

[Stamp: RECEIVED APR 17 2008 U.S.D.C. S.D.N.Y. CASHIERS]

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Plaintiff, MINERMET S.A., certifies that there are no corporate parents, subsidiaries, or affiliates of that party, which are publicly held.

Dated: Port Washington, New York
        April 18, 2008

                                      CHALOS, O'CONNOR & DUFFY, L.L.P.
                                      Attorneys for Plaintiff
                                      MINERMET S.A.

By: _____
                                      George M. Chalos (GC-8693)
                                      366 Main Street
                                      Port Washington, New York 11050
                                      Tel: (516) 767-3600
                                      Fax: (516) 767-3605
                                      Email: gmc@codus-law.com