CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Societe Generale New York Branch
7800 River Road
North Bergen, NJ 07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
MINERMET S.A.,                                         :
                                                       :
                                                       :
                      Plaintiff,                       :      08-CV-3715
                                                       :
         v.                                            :      **NOTICE OF**
                                                       :      **APPEARANCE**
P.T. PALM MITRA MANDIRI,                               :
                                                       :
                                                       :
                      Defendant.                       :
-----------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel for Garnishee, Societe Generale New York Branch. I certify that I am admitted to practice before this Honorable Court.

Dated: North Bergen, New Jersey
       May 12, 2008

                                        CLARK, ATCHESON & REISERT
                                        Attorneys for Garnishee
                                        Societe Generale New York Branch

                              By:       _____
                                        Richard J. Reisert (RR-7118)
                                        7800 River Road
                                        North Bergen, NJ 07047
                                        Tel: (201) 537-1200
                                        Fax: (201) 537-1201
                                        Email: reisert@navlaw.com