UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
MINERMET S.A.,

                          Plaintiff,                        08 CV 3715 (CM)

-v-

P.T. PALM MITRA MANDIRI,

                          Defendants.
---------------------------------------------------------------x

## NOTICE OF CHANGE OF FIRM AFFILIATION & ADDRESS

**PLEASE TAKE NOTICE** that counsel for Plaintiff, MINERMET S.A., formerly a Member of the firm, Chalos, O'Connor & Duffy, LLP, has changed his firm affiliation and address, and provides the Court and all counsel of record with the following updated contact details:

                        Chalos & Co, P.C.
                        123 South Street
                        Oyster Bay, NY 11771
                        Tel:  + 1 516 714 4300
                        Fax:  +1 866 702 4577
                        Email:  gmc@chaloslaw.com

The new email address for the undersigned is gmc@chaloslaw.com.

Dated: Oyster Bay, New York        Respectfully submitted,
       July 9, 2008

                                              s/George M. Chalos____
                                              CHALOS & CO, P.C.
                                              123 South Street
                                              Oyster Bay, NY 11771
                                              Ph:   516-714 4300
                                              Fax:   866-702-4577
                                              Email: gmc@chaloslaw.com