# CHALOS & CO.

GEORGE M. CHALOS

gmc@chaloslaw.com

Dir Line: + 1 516 714 3040
Mobile : + 1 516 721 4076

*International Law Firm & Counselors At Law*
123 SOUTH STREET
OYSTER BAY, NEW YORK 11771
Phone: + 1 516 714 4300
Fax: + 1 866 702 4577

www.chaloslaw.com

A PROFESSIONAL
CORPORATION

ASSOCIATED OFFICES:
Piraeus

July 9, 2008

*Via Telefax (212) 805 6326*

Honorable Colleen McMahon
500 Pearl Street, Room 640
New York, New York 10007-1312

**MEMO ENDORSED**

Re:   Minermet S.A. v. P.T. Palm Mitra Mandiri.
      08 CV 3715 (CM)

**Request for Sixty (60) Day Adjournment of Initial Pre-Trial Conference**

Dear Judge McMahon:

We are attorneys for the Plaintiff, Minermet S.A., in the above-captioned matter. As Your Honor will recall, on April 24, 2008, Your Honor ordered that a Pre-Trial Conference be held in this matter on Friday, July 11, 2008 at 11:30 a.m. This is a maritime Rule B attachment matter. As of the time of this writing, Defendant has not appeared in the instant litigation; nor has Plaintiff attached any funds belonging to Defendant.

Accordingly, under the circumstances, Plaintiff respectfully requests a sixty (60) day adjournment of the initial Pre-Trial conference. This is the first request for an adjournment.

In advance, thanking the Court for its time and consideration, we remain,

Respectfully yours,

CHALOS & CO., P.C.

George M. Chalos

GMC/jd

*[handwritten: 7/9/08 No conference — send me a written report in 90 days]*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/22/08